

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

April 8, 2020

**VIA ECF**
Hon. Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

Re: <u>Cruz v. Thorley Industries LLC.</u>; <u>Civil Action No. 1:20-cv-01658-LGS</u>

Dear Judge Schofield,

The undersigned represents Plaintiff Shael Cruz (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference (the "Conference") for this matter is set for Thursday, April 16, 2019 at 10:30 a.m. It is now April 8, 2019, and Defendant has yet to appear in this case. In fact, Plaintiff has yet to receive an Affidavit of Service from its process server.

In light of the above, the undersigned requests that the Conference be adjourned until after the Affidavit of Service is filed.

Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

APPLICATION GRANTED

The initial conference set for April 16, 2020, at 10:30 A.M. is adjourned to May 14, 2020, at 10:30 A.M. Pre-conference materials are due on May 7, 2020.

Dated: April 9, 2020
   New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE