UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                          :
SHAEL CRUZ,                                               :
                                    Plaintiff,            :
                                                          :          20 Civ. 1658 (LGS)
                         -against-                        :
                                                          :                ORDER
THORLEY INDUSTRIES LLC,                                   :
                                                          :
                                   Defendant.             :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated April 9, 2020, set the initial conference for May 14, 2020, at

10:30 A.M, and ordered that pre-conference materials are due on May 7, 2020.  ECF 7;

WHEREAS, the parties did not timely file pre-conference materials.  It is hereby

**ORDERED** that the parties shall file the pre-conference materials as soon as possible,

and no later than **April 11, 2020, at 12:00 P.M**.


Dated: May 8, 2020
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE