

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

May 11, 2020

**APPLICATION GRANTED.**

**VIA ECF**
Hon. Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

The initial conference set for May 14, 2020, at 10:30 A.M. is adjourned to June 18, 2020, at 10:30 A.M. Pre-conference materials are due on June 11, 2020.

Dated: May 11, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   <u>Cruz v. Thorley Industries LLC</u>.; *Civil Action No.  1:20-cv-01658-LGS*

Dear Judge Schofield,

The undersigned represents Plaintiff Shael Cruz (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference (the "Conference") for this matter is set for Thursday, May 14, 2019 at 10:30 a.m. It is now May 11, 2019, and Defendant has yet to appear in this case. In fact, Plaintiff has still not received an Affidavit of Service from its process server.

In light of the above, the undersigned requests that the Conference be adjourned until after the Affidavit of Service is filed.

Thank you for your time and consideration of the above request.

Respectfully submitted,

<u>/s/ *Joseph H. Mizrahi*  </u>
Joseph H. Mizrahi, Esq.