

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

June 11, 2020

**VIA ECF**
Hon. Judge Lorna G. Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

APPLICATION GRANTED.

The initial conference set for June 18, 2020, at 10:30 A.M. is adjourned to July 9, 2020, at 10:30 A.M. Pre-conference materials are due on July 2, 2020.

Dated: June 12, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: Cruz v. Thorley Industries LLC.; <u>Case No: 1:20-cv-01658-LGS</u>

Dear Judge Schofield,

The undersigned represents Plaintiff Shael Cruz (hereinafter "Plaintiff") in the above referenced matter.

The initial conference is set for June 18, 2020 at 10:30 a.m. By way of background, Plaintiff has just received the affidavit of service from its process sever and has filed it on the docket. (#11) Defendant's answer is set for July 1, 2020. Accordingly, the undersigned is requesting an adjournment of the upcoming conference, to allow time for Defendant to appear or otherwise respond to the complaint.

Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.